**NATIONAL SPRING & WIRE COMPANY v. Louis A. SUEKOFF and Fred A. Nachman.**

(Circuit Court of Appeals, Sixth Circuit. November 3, 1925.)

No. 4420.

Appeal from the District Court of the United States for the Western District of Michigan; Clarence W. Sessions, Judge.

Taylor E. Brown and B. L. MacGregor, both of Chicago, Ill., for appellant.

Knappen, Uhl & Bryant, of Grand Rapids, Mich., and Cromwell, Greist & Warden, of Chicago, Ill., for appellees.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.

---

**2**

**Fred NELSON and Bessie Nelson, Plaintiffs in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. January 28, 1926.)

No. 7310.

In Error to the District Court of the United States for the Northern District of Oklahoma.

W. J. Crump and Augustus C. Seawel, both of Muskogee, Okl., for plaintiffs in error.

John M. Goldesberry, U. S. Atty., and W. L. Coffey, Asst. U. S. Atty., both of Tulsa, Okl.

PER CURIAM. Writ of error as to Bessie Nelson dismissed, without costs to either party in this court, etc.

---

**3**

**John T. NOLAN and Forrest Watkins, v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. December 11, 1925.)

No. 4437.

In Error to the District Court of the United States for the Middle District of Tennessee; John J. Gore, Judge.

Wm. P. Smith and Wynne F. Clouse, both of Nashville, Tenn., for plaintiffs in error.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM. Judgment of the District Court affirmed.

---

**4**

**J. C. NORRIS v. UNITED STATES of America.**

(Circuit Court of Appeals, Sixth Circuit. December 11, 1925.)

No. 4436.

In Error to the District Court of the United States for the Middle District of Tennessee; Benson W. Hough, Judge.

W. C. Cherry and Wm. P. Smith, both of Nashville, Tenn., for plaintiff in error.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM. Judgment of the District Court affirmed.

---

**5**

**Glen J. PEARCY, alleged Bankrupt, Appellant, v. Marian COOK et al., etc.**

(Circuit Court of Appeals, Eighth Circuit. January 23, 1926.)

No. 7284.

Appeal from the District Court of the United States for the District of Kansas.

R. C. Postlethwaite, of Mankato, Kan., and J. A. Fleming, of Topeka, Kan., for appellant.

R. W. Turner and D. F. Stanley, both of Mankato, Kan., and McClintock, Quant &. Logan, of Topeka, Kan., for appellees.

PER CURIAM. Appeal dismissed, with costs, on motion of appellees.